**Electronically Filed**
**Supreme Court**
**SCWC-12-0000995**
**09-JUN-2014**
**01:56 PM**

SCWC-12-0000995

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BIG ISLAND TOYOTA, INC., a Hawaiʻi corporation;
DAVID S. DE LUZ, SR. ENTERPRISES, INC., a Hawaiʻi corporation;
and DAVID S. DE LUZ, SR.,
Petitioners/Plaintiffs/Counterclaim-Defendants/Appellees,

vs.

VICTOR D. TREVINO, JR.,
Respondent/Defendant/Counterclaim-Plaintiff/Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000995; CIV. NO. 06-1-373)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs/Counterclaim-Defendants/

Appellees' Application for Writ of Certiorari, filed on

April 28, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 9, 2014.

Paul M. Saito and                    /s/ Mark E. Recktenwald
Trisha L. Nishimoto
for petitioners                      /s/ Paula A. Nakayama

Victor D. Trevino, Jr.,              /s/ Sabrina S. McKenna
respondent pro se
                                     /s/ Richard W. Pollack

                                     /s/ Michael D. Wilson

